# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VALENTINE COMMUNICATIONS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>INTER-CONTINENTAL HOTELS GROUP RESOURCES, INC.,<br><br>        Defendant. | Civil Action No. 2:17-cv-00754<br><br>JURY TRIAL DEMANDED |

## JOINT NOTICE OF CONSENT TO TRANSFER AND
## MOTION FOR STAY OF DEADLINES PENDING TRANSFER

Plaintiff Valentine Communications, LLC and Defendant Inter-Continental Hotels Group Resources, Inc. hereby notify the court that they consent to the transfer of this case to the Northern District of Georgia. This notice obviates the need for the Court to rule on Defendant's Motion to Dismiss for Improper Venue or, in the Alternative, Motion to Transfer to the Northern District of Georgia, Dkt. No. 13.

In light of the agreement to transfer the case, the parties also jointly move for a stay of all current deadlines in this case pending the consented transfer.

Dated:  April 23, 2018                               Respectfully submitted,

/s/ Thomas C. Wright
Thomas C. Wright, Ph.D.
State Bar No. 24028146
Alex J. Whitman
State Bar No. 24081210
Cunningham Swaim, LLP
7557 Rambler Road, Suite 400
Dallas, TX 75231
Telephone: (214) 646-1495
Facsimile: (214) 613-1163
twright@cunninghamswaim.com
awhitman@cunninghamswaim.com

**ATTORNEYS FOR PLAINTIFF VALENTINE COMMUNICATIONS, LLC**

and,

/s/ Matthew W. Howell
Keith E. Broyles
Georgia Bar No.90152
Matthew W. Howell
Georgia Bar No. 607080
Michael C. Deane
Georgia Bar No. 498195
Alston & Bird, LLP
1201 West Peachtree Street
Dallas, TX 75231
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Keith.broyles@alston.com
Matthew.howell@alston.com
Michael.deane@alston.com

**ATTORNEYS FOR DEFENDANT INTER-CONTINENTAL HOTELS GROUP RESOURCES, INC.**